

## OFFICE OF THE COUNTY PROSECUTOR
# JENNIFER WEBB-MCRAE
## CUMBERLAND COUNTY PROSECUTOR

**Harold B. Shapiro**
First Assistant Prosecutor

**Richard E. Necelis**
Chief of Investigators

115 Vine Street
Bridgeton, New Jersey 08302
Telephone (856)453-0486
Fax (856)451-1507

September 4, 2020

United States District Court
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th and Cooper Streets
Camden, NJ 08101

RE:   Desmond L. Rodgers v. Richard T. Smith, et al.
      Civil Action No. 20-9402 (RBK)

Dear Court Clerk,

    Our office has been directed to respond to the aforementioned Habeas Writ by the New Jersey Office of the Attorney General. As a result, I would request that I, Andre R Araujo, be substituted in as attorney of record for the respondents.

    If there are any questions, please feel free to contact me via email at AndreAr@co.cumberland.nj.us. All courtesies are appreciated.

Respectfully,

Andre R Araujo
Assistant Prosecutor